Shoreview Holdings, LLC v Fernandez (2025 NY Slip Op 52060(U))

[*1]

Shoreview Holdings, LLC v Fernandez

2025 NY Slip Op 52060(U)

Decided on December 22, 2025

Civil Court Of The City Of New York, Queens County

Ibrahim, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through December 31, 2025; it will not be published in the printed Official Reports.

Decided on December 22, 2025
Civil Court of the City of New York, Queens County

Shoreview Holdings, LLC, Petitioner,

againstMaria Fernandez et al., Respondent-Tenant.

Index No. 303618/2025 

Opinion withdrawn from online only publication under 2025 NY Slip Op 
52060(U) by the State Reporter. This opinion will be published at

2025 NY 
Slip Op 25277.